# ELECTRONIC RECORD

1203-14

COA #   07-13-00383-CR                     OFFENSE:  22.01

STYLE:  James Howard Taylor v. The State
of Texas                                   COUNTY:  Hood

COA DISPOSITION:      Reverse and Remand   TRIAL COURT:  355th District Court

DATE: August 8, 2014          Publish: YES  TC CASE #:    CR12392

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  James Howard Taylor v. The State of
Texas                                      CCA #:  1203-14

_____SPA'S_____ Petition                   CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:  _____

_____refused_____                          JUDGE:  _____

DATE: _Dec. 17, 2014_                       SIGNED: _____    PC: _____

JUDGE: _PC; Keasler J, would_               PUBLISH: _____   DNP: _____
grant

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD